| | |
|---|---|
| Debtor 1 | Paul Goolsby |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Georgia (State) |
| Case number | 18-50235 |

# Form 4100R
## Response to Notice of Final Cure Payment　　　　　　　　　　　　10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Franklin and Associates, Inc. Solo 401k FBO Paul D. Franklin

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 7 7

**Property address:** 4058 Blair Court
Number    Street

Macon         GA       31206
City          State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:　$ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 03 / 2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

　a. Total postpetition ongoing payments due:　　　　　　　　　　　　　　　(a) $ _____

　b. Total fees, charges, expenses, escrow, and costs outstanding:　　　　　+ (b) $ _____

　c. **Total.** Add lines a and b.　　　　　　　　　　　　　　　　　　　　　　(c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

| Debtor 1 | Paul Goolsby | Case number (*if known*) 18-50235 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ D. Anthony Sottile
Signature

Date 5/18/2021

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Sottile and Barile, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444 - 4100

Email: bankruptcy@sottileandbarile.com

Form 4100R          Response to Notice of Final Cure Payment          page 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-50235 |
| Paul Goolsby | Chapter 13 |
| Debtor. | Judge James P. Smith |

## CERTIFICATE OF SERVICE

I certify that on May 18, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    J. Roger Davis, Debtor's Counsel
    jroger_davis@yahoo.com

    Camille Hope, Chapter 13 Trustee
    docomt@chapter13macon.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on May 18, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Paul Goolsby, Debtor
    4058 Blair Court
    Macon, GA 31206

| | |
|---|---|
| Dated: May 18, 2021 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |